**Opinion issued August 9, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00189-CV**

———————————

**PARADIGM AT WOODLAND LAKES NURSING HOME, LLC
D/B/A PARADIGM AT WOODLANDS LAKES, Appellant**

**V.**

**CHRIS HUMPHREY, INDIVIDUALLY AND AS ADMINISTRATOR OF
THE ESTATE OF ALMA RAY HUMPHREY, THE DECEASED
AND LORI YOUNSE, Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2020-79570**

---

**MEMORANDUM OPINION**

The parties have filed an agreed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Guerra, and Farris.